## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GLORIA STEPHENS, <br> 2. SEBRINA RUSSELL, <br><br> Plaintiffs, <br><br> v. <br><br> 1. FARMERS INSURANCE COMPANY, <br>  INC., a foreign, for-profit insurance <br>  corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-16-1240-W <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Gloria Stephens and Sebrina Russell, and Defendant, Farmers Insurance Company, Inc, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

By  s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

*s/ Kelsie M. Sullivan*
Phil R. Richards, OBA #10457
Kelsie M. Sullivan, OBA #20350
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email: prichards@richardsconnor.com
　　　　ksullivan@richardsconnor.com
**ATTORNEYS FOR DEFENDANT**
**FARMERS INSURANCE COMPANY**